No. 3174. DÍAZ, APPELLEE, *v.* HEIRS OF DÍAZ, APPELLANTS.— District Court of Humacao. Decided November 8, 1923. Appeal dismissed for failure to file in time the statement of the case or the transcript of the evidence.

No. 3121. ORTIZ, APPELLANT, *v.* CLAUDIO, APPELLEE.— District Court of Ponce. Contract. Decided November 8, 1923. Dismissed on motion of the appellee.

No. 3116. BUITRAGO, APPELLEE, *v.* MUNICIPAL ASSEMBLY OF GUAYAMA, APPELLANT.—Memorandum of costs. Decided November 8, 1923. Dismissed for failure to file the transcript in time.

No. 3170. RIVERA, APPELLANT, *v.* DÍAZ, APPELLEE.—District Court of Aguadilla. Execution of Deed. Decided November 8, 1923. Dismissed because the last extension of time granted the stenographer for preparing the transcript of the evidence expired and it had not been filed, and for failure to file transcript of record.

No. 425. HEIRS OF CRUZ, PETITIONERS, *v.* DISTRICT COURT OF HUMACAO, RESPONDENT.—Decided November 9, 1923. Petition for writ of certiorari filed September, 12, 1923, denied.

Nos. 429 and 430. WORKMEN'S RELIEF COMMISSION, PETITIONER, *v.* DISTRICT COURT OF ARECIBO.—Decided November 12, 1923. Petition for writ of certiorari denied.

No. 3115. CRESPO ET AL., APPELLEES, *v.* CRESPO ET AL., APPELLANTS.—District Court of Aguadilla. Decided November 13, 1923. Correction of the record moved for by the appellants granted.

No. 2433. BORRÁS ET AL., APPELLANTS, *v.* RAMIS ET AL., APPELLEES.—District Court of Humacao. Decided November 15, 1923. Dismissed as to some of the parties and properties.